# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | E-07/22-54235 |
| ☒ EEOC | 28E-2022-01347 |

**Missouri Commission on Human Rights** and EEOC

| NAME | HOME TELEPHONE |
|---|---|
| Marc Miller | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| Crash Champions / Crash Champions LLC | 15+ | (816) 767-0707 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 13420 South US Highway 71 | Grandview, MO 64030 | Jackson |

**CAUSE OF DISCRIMINATION BASED ON**

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ AGE
☒ RETALIATION ☐ NATIONAL ORIGIN ☐ DISABILITY ☐ OTHER

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)   LATEST (ALL)

**Latest:** Approx. April 29, 2022

☐ CONTINUING ACTION

**PARTICULARS:**

On or about August 16, 2021, I began employment with Respondent as a GM. My supervisor, District Officer Chris Norris, made age-related remarks to/about me. In early 2022, Norris hired an employee in his late-20s or early-30s named Evan. Norris then withheld support and communication from me and became increasing hostile toward me. In or about April 2022, I learned that Norris had asked two other younger employees if they were interested in my position. When I asked Norris about his lack of support and communication with me and confronted him about offering my position to 2 younger employees, he said: "I was just saying that because of you age. You're the oldest GM…" I opposed this age-related remark directly with Norris and told him it wasn't right. Approximately 2 weeks later, Norris fired me. On or about April 29, 2022, Norris told me I was being fired because you're losing too many employees." I was then replaced by a younger employee.

**FILED**

JUL 1 5 2022

MO Commission on Human Rights
Jefferson City Office

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

7/14/2022 [signature]
Date   Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)
[signature: Kimberly Gemmer]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

SIGNATURE OF COMPLAINANT:
[signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
July 14, 2022

KIMBERLY GEMMER
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission #15638693
My Commission Expires 09-17-2023